IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ROBERT ROOS,<br><br>Defendant. | No. 26-CR-1009<br><br>**INDICTMENT**<br><br>Count 1<br>18 U.S.C. §§ 2251(a) and 2251(e): Attempted Sexual Exploitation of Children<br><br>Count 2<br>18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1): Transportation of Child Pornography<br><br>Count 3<br>18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1): Receipt of Child Pornography<br><br>Count 4<br>18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1): Distribution of Child Pornography<br><br>Counts 5-6<br>18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography |

The Grand Jury charges:

## Count 1
## Attempted Sexual Exploitation of Children

Between in or about October 2022 and November 2024, in the Northern District of Iowa and elsewhere, the defendant, ANDREW ROBERT ROOS, attempted to use, persuade, induce, and entice minors under the age of 18 to engage in sexually explicit conduct for the purpose of producing visual depictions of such

conduct, and attempting to cause said visual depictions to be produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, and knowing and having reason to know that said visual depictions would be transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**<u>Count 2</u>**
**Transportation of Child Pornography**

Between in or about September 2024 and May 2025, in the Northern District of Iowa and elsewhere, the defendant, ANDREW ROBERT ROOS, knowingly transported and attempted to transport visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, namely, the Internet and the Kik application.

This was in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

**<u>Count 3</u>**
**Receipt of Child Pornography**

Between in or about September 2024 and May 2025, in the Northern District of Iowa and elsewhere, the defendant, ANDREW ROBERT ROOS, knowingly received and attempted to receive visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of

interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

**Count 4**
**Distribution of Child Pornography**

Between in or about November 2024 and February 2025, in the Northern District of Iowa and elsewhere, the defendant, ANDREW ROBERT ROOS, knowingly distributed and attempted to distribute visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

**Count 5**
**Possession of Child Pornography**

Between in or about September 2024 and May 2025, in the Northern District of Iowa and elsewhere, the defendant, ANDREW ROBERT ROOS, knowingly possessed and attempted to possess visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), including a depiction involving a prepubescent minor and a minor who had not attained 12 years of age, said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, namely the Internet and the Kik application.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**Count 6**
**Possession of Child Pornography**

Between in or about April 2025 and May 2025, in the Northern District of Iowa and elsewhere, the defendant, ANDREW ROBERT ROOS, knowingly possessed and attempted to possess visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a Samsung cellular telephone that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

[redacted] 5/19/2026

Grand Jury Foreperson Date

LEIF OLSON
United States Attorney

By: [signature]

DEVRA T. HAKE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 5/19/2026
PAUL DE YOUNG, CLERK