IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ROBERT ROOS,<br>Defendant. | No: 2:26-CR-1009-CJW<br><br>**NOTICE OF INTENT TO ENTER A GUILTY PLEA** |

Comes Now, the Defendant, Andrew Robert Roos, and states to the Court as follows:

1. That the Defendant wishes to enter a guilty plea.
2. There is a written plea agreement between the parties.
3. Defendant requests that his guilty plea hearing take place by November 16, 2026.

WHEREFORE, Defendant places the Court on notice of his intent to enter a guilty plea.

/s/ Alfred E. Willett

ALFRED E. WILLETT AT8497
VINER LAW FIRM P.C.
ATTORNEY AT LAW
228 Second Street SE,
Cedar Rapids, IA 52401
Telephone: (319) 531-1333
Facsimile: (319) 200-4538
E-mail: awillett@vinerlawfirm.com
ATTORNEY FOR DEFENDANT,
ANDREW ROBERT ROOS

CERTIFICATE OF SERVICE

I hereby certify that on November 9 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Assistant U.S. Attorney Devra Hake

Cc: Andrew Roos